IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ELAINE HOFMANN and

ANDREW HOFMANN,

       Plaintiffs,

vs.                                                                                                  NO. 1:12-CV-00649-WDS-LFG

WELLS FARGO BANK, N.A.,

       Defendant.

## ORDER OF DISMISSAL

      THIS MATTER came before the Court on the parties' Stipulated Motion to Dismiss with Prejudice.  Having considered the parties' motion, the Court finds that the motion should be granted and that Plaintiffs Elaine and Andrew Hofmann's claims, and this case, should be dismissed with prejudice.

      IT IS THEREFORE ORDERED that all claims asserted by Plaintiffs Elaine and Andrew Hoffman against Defendant Wells Fargo Bank, N.A., and this case, are dismissed with prejudice.

                                                 W. DANIEL SCHNEIDER
                                                 United States Magistrate Judge